This memorandum is uncorrected and subject to revision before publication in the New York Reports.
--------------------------------------------------------------

No. 185
Betty L. Kimmel,
        Respondent,
        v.
State of New York et al.,
        Appellants.
-------------------------------
Emmelyn Logan-Baldwin,
    Interested Party-Respondent.

        Mitchell J. Banas, Jr., for appellants.
        A. Vincent Buzard, for respondent and interested party-respondent.
        Empire Justice Center et al.; Legal Services of Central New York, amici curiae.

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

Reargument ordered and case set down for argument at a future session of the Court.  Chief Judge DiFiore and Judges Rivera, Abdus-Salaam, Stein and Garcia concur.  Judges Pigott and Fahey took no part.

Decided November 22, 2016